1  Elliot Gale (Bar #263326)
   egale@gajplaw.com
2  Joe Angelo (Bar #268542)
   jangelo@gajplaw.com
3  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
4  Roseville, CA 95747
   916-290-7778
5  916-721-2767 fax

6
   Attorneys for Plaintiff
7  MICHAEL AYCOCK

8

9              UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11

12  MICHAEL AYCOCK,                    Case No.: 2:18-cv-00626-JAM-JDP

                  Plaintiff,           **ORDER**
13
       v.
14
    USAA SAVINGS BANK
15
                  Defendant.
16

17

18

19

20                              **ORDER**

21

22       Pursuant to the stipulation of the Parties, USAA Savings Bank is dismissed with

23  prejudice from the above-captioned action, and each party shall bear its own attorneys' fees

24  and costs.

25       IT IS SO ORDERED.

26
    DATED:  April 14, 2022           /s/ John A. Mendez
27                                   THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE
28